AO 450 (Rev 5/85) Judgment in a Civil Case

# United States District Court

__EASTERN__ DISTRICT OF __MICHIGAN__

KIMBERLY ANN MAPES,

        Plaintiff,

v

PATRICK ROURKE AND
JOHN DEMBINSKI,

        Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER 98-73711

[x] **Jury Verdict** This action came before the Court for a trial by jury The issues have been tried and the jury has rendered its verdict

[ ] **Decision by Court** This action came to trial or hearing before the Court The issues have been tried or heard and a decision has been rendered

IT IS ORDERED AND ADJUDGED that judgment be and hereby is entered in favor of KIMBERLY ANN MAPES and against PATRICK ROURKE in the amount of eight hundred fifty thousand dollars and no cents ($850,000.00).

IT IS FURTHER ORDERED that judgment be and hereby is entered in favor of JOHN DEMBINSKI for no cause of action.

June 8, 2000                                  DAVID WEAVER

Date                                                     Clerk

                                                              (By) Deputy Clerk   JUDY CASSADY